**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7461**

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

JAMES E. CARR,

                                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CR-93-66, CA-97-916-2)

_____

Submitted:  July 25, 2002          Decided:  July 31, 2002

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

James E. Carr, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James E. Carr seeks to appeal the district court's order denying his motion to reconsider the denial of his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Carr, Nos. CR-93-66; CA-97-916-2 (E.D. Va. July 11, 2002).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] To the extent Carr appeals from the district court's orders entered on September 24, 1998, and July 19, 1998, we find no reversible error.

2